```
                                                                    FILED
                                                         CLERK, U.S. DISTRICT COURT

              UNITED STATES DISTRICT COURT              January 8, 2019
              CENTRAL DISTRICT OF CALIFORNIA
                                                         CENTRAL DISTRICT OF CALIFORNIA
                                                         BY:    VM    DEPUTY
```

## CRIMINAL MINUTES - GENERAL

Case No.   SA CR 18-54 DOC                              Date   January 8, 2019

Title      United States v. Mora-Gonzalez


Present: The Honorable   Michael R. Wilner

|   Veronica Piper   |   n/a   |
|---|---|
|   Deputy Clerk   |   Court Reporter / Recorder   |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**   ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his/her burden of establishing by clear and convincing evidence [18 U.S.C. § 3142(b-c)] that Defendant:

☒   will appear for further proceedings as required if released.

☒   will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒   Allegations in petition

☒   Lack of bail resources

☒   No stable residence or employment

☐   Ties to foreign countries

☐   Previous failure to appear or violations of probation, parole, or release

☐   Nature of previous criminal convictions

☐   Substance abuse

☐     Already in custody on state or federal offense

☒     Refusal to interview with Pretrial Services

☐

☒     Defendant did not oppose the detention request.

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.